## **AMENDMENT TO CLASS SETTLEMENT AGREEMENT**

### I. Recitals

1. The Parties entered into a Class Settlement Agreement dated May 20, 2024.

2. The Class Settlement Agreement represented that the number of class members was 1846.

3. However, Defendant has now discovered the existence of an additional 470 class members.

4. The parties wish therefore to make amendments to the class settlement agreement to accommodate the additional unexpected class members as follows.

### II. Amended Terms

5. The number of class members in clause 30 shall be 2,316.

6. The total settlement amount in clause 30.a. shall be $150,175.58 instead of $125,000.

7. The estimated costs of administration in clause 30.a.a shall be $21,389.00.

8. The attorneys fees in clause 30.a.b. shall be $60,070.23.

9. The proposed class notice shall be Exhibit A to this amendment.

10. The proposed preliminary approval order shall be Exhibit B to this amendment.

11. Further, to reduce the delay inevitably caused by the need to seek approval for these changes by the court:

    a. Defendant shall pay the settlement amount to the class administrator immediately upon final approval.

  b. Unless a class member objects to the final approval of the settlement, the settlement proceeds shall be distributed by the class administrator as soon as practicable after payment.

_____      08 / 21 / 2024

**YURY SHADRIN**            DATE

Class Representative

_____     _____

                   DATE

For Hunter Warfield, Inc.

Doc ID: 094521bb8b82b64c1065e9758b1a502e97f87b04

      b. Unless a class member objects to the final approval of the settlement, the settlement proceeds shall be distributed by the class administrator as soon as practicable after payment.

_____          _____

YURY SHADRIN                                          DATE

Class Representative

_[signature]_                                          08/21/2024

                                                             DATE

For Hunter Warfield, Inc.