# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YURY SHADRIN, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HUNTER WARFIELD, INC.<br><br>Defendant. | Case No.: 1:22-cv-03228-EA |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL

Plaintiff through counsel moves for final approval of the class settlement in this case, class notice having been completed. The prerequisites for a class action have been satisfied, the class has been given notice. No members have opted out or objected. The settlement is fair and adequate. Therefore, Plaintiff requests that the court enter a final order in the attached terms, finally approving the settlement, the payment of relief to the class, to attorneys fees, to an incentive award, to the costs of administration and for the payment of any residue to a suitable cy pres recipient. In support thereof, Plaintiff files the attached memorandum in support.

Respectfully submitted,

Dated: December 23, 2024

By: /s/ Emanwel J. Turnbull
Emanwel J. Turnbull
Fed. Bar No. 19674
THE HOLLAND LAW FIRM, P.C.
914 Bay Ridge Rd, Ste 230
Annapolis, MD 21403
Telephone: (410) 280-6133

Facsimile: (410) 280-8650
eturnbull@hollandlawfirm.com

Peter A. Holland
Fed. Bar No. 10866
THE HOLLAND LAW FIRM, P.C.
914 Bay Ridge Rd. Ste 230
Annapolis, MD 21403
Telephone: (410) 280-6133
Facsimile: (410) 280-8650
peter@hollandlawfirm.com

*Counsel for Plaintiff*